535 U.S. 1106
 PEREZ-SANCHEZ
v.
UNITED STATES;
BARAJAS-RAMOS
v.
UNITED STATES;
BUSTOS-BENITEZ, AKA ACEVEDO-ACEVEDO
v.
UNITED STATES;
CORTEZ-OROZCO, AKA TAPIA ORTIZ
v.
UNITED STATES;
DIAZ-ZAVALA, AKA CASANOVA
v.
UNITED STATES;
GARCIA-HERNANDEZ, AKA OCAMPO-ROSA
v.
UNITED STATES;
GARCIA-RODRIGUEZ
v.
UNITED STATES;
GUILLEN-OROZCO
v.
UNITED STATES;
LOPEZ-ALVAREZ
v.
UNITED STATES;
PEINADO
v.
UNITED STATES;
RIOS-QUECHA, AKA OSORIO-MELCHOR, AKA TOLEDO
v.
UNITED STATES; and
ZENDEJAS-LOPEZ
v.
UNITED STATES.
 No. 01-9816.
 Supreme Court of the United States.
 May 28, 2002.
 
 1
 C. A. 9th Cir. Certiorari denied.